IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02637-RPM-KMT

MARY KIPP,

    Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,

    Defendant.
_____

**ORDER**
_____

Upon consideration of the Stipulated Motion to Amend Judgment against Defendant to Add Attorney Fees [10], it is

ORDERED as follows:

1. The Stipulated Motion to Amend Judgment against Defendant to Add Attorney's Fees is granted.

2. Plaintiff's reasonable attorney's fees in the amount of $2,500.00 shall be added to the current Judgment of $3,000.00. The Clerk of the Court is directed to enter Judgment for the Plaintiff, Mary Kipp, and against the Defendant, Academy Collection Service, Inc., in the amount of $5,500.00, plus post-judgment interest.

Dated this 2nd day of February, 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge